BILL LOCKYER
Attorney General of the State of California
JULIE WENG-GUTIERREZ
Supervising Deputy Attorney General
BRENDA A. RAY, State Bar No. 164564
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5208
 Fax:  (916) 324-5567
 Email:  Brenda.Ray@doj.ca.gov

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUFTILE,<br><br>                           Plaintiff,<br><br>     v.<br><br>L. C. MICCIO-FONSECA, Ph.D.,<br><br>                           Defendant. | Civ. S-03-1522 FCD DAD P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

Good cause appearing, defendant's request for an additional thirty (30) days to respond to the amended complaint is granted.  Defendant has until February 9, 2007, to respond to the amended complaint.

It is so ordered.

DATED: December 28, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
huft1522.eot