IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                    No. CIV S-03-1522 FCD DAD P

    vs.

L.C. MICCIO-FONSECA,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a third amended complaint pursuant to the court's order of September 27, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 22, 2007 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a third amended complaint.

DATED: October 29, 2007.

                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:cm
huft1522.36(1)