IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                                 No. CIV S-03-1522 FCD DAD P

    vs.

L.C. MICCIO-FONSECA,

    Defendant.                                <u>ORDER</u>

        On January 10, 2011, plaintiff filed a document styled, "Notice Of Reinstatement Of Damages & Declaratory Relief Pursuant To Completion Of Heck Favorable Termination." This civil rights action was closed on October 22, 2009, and on January 20, 2011, the U.S. Court of Appeals for the Ninth Circuit affirmed the judgment. Plaintiff is advised that documents filed since the closing date of this action will be disregarded and no orders will issue in response to future filings.

DATED: January 31, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
huft1522.58